**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re the Petition of<br><br>BANOKA S.à.r.l., ATYS S.A., RENATO PICCIOTTO, JACQUES CHAMPY, and JEAN BISSONNET<br><br>For an Order to Seek Discovery Pursuant to 28 U.S.C. § 1782 | Case No: 1:22-mc-182<br><br>**PETITION FOR AN ORDER PURSUANT TO 28 U.S.C. §1782 TO CONDUCT DISCOVERY FOR USE IN FOREIGN PROCEEDINGS** |

BANOKA S.à.r.l., ATYS S.A., Renato Picciotto, Jacques Champy, and Jean Bissonnet (together "Petitioners"), by and through their undersigned counsel, respectfully move this Court for an order pursuant to 28 U.S.C. § 1782 ("Section 1782") permitting Petitioners to issue subpoenas pursuant to Rules 26 and 45 of the Federal Rules of Civil Procedure (the "Subpoenas") directing Alvarez & Marsal, Inc. ("A&M Inc."), Alvarez & Marsal Transaction Advisory Group, LLC ("A&M Transaction Advisory Group"), and Alvarez & Marsal Holdings, LLC ("A&M Holdings" and together with A&M Inc. and A&M Transaction Advisory Group the "A&M Respondents"), as well as Elliott Management Corporation ("Elliott Management"), Elliott Investment Management L.P. ("Elliott Investment Management"), Elliott Associates, L.P. ("Elliott Associates"), and Elliott International L.P. ("Elliott International" and together with Elliott Management, Elliott Investment Management and Elliott Associates the "Elliott Respondents") to produce documents and provide deposition testimony for use by Petitioners in a contemplated foreign proceeding against non-party Westmont International Development, Inc. to be commenced in the English High Court of Justice (the "English Proceeding").

As set forth in the accompanying memorandum of law, the Petition meets all of the statutory requirements necessary to obtain discovery under Section 1782, and the discretionary factors weigh in favor of granting the Petition and authorizing Petitioners to conduct discovery in this district in aid of the English Proceeding. A&M Respondents and Elliott Respondents can be found in this district. Petitioners seek the discovery for use in the English Proceeding, which qualifies as a foreign proceeding within the meaning of Section 1782. A&M Respondents and Elliott Respondents are not parties to the English Proceeding. Petitioners are not attempting to circumvent any requirements of the English Court, the English courts are receptive to discovery obtained pursuant to Section 1782, and the requested discovery is not unduly burdensome or intrusive. In further support of this application, Petitioners rely on their accompanying memorandum of law, the Declaration of Francis Didelot with its accompanying exhibits, the Declaration of Daniel J. Levy, and the Declaration of Alexander D. Pencu with its accompanying exhibits. A Proposed Order is attached hereto.

**WHEREFORE**, pursuant to 28 U.S.C. § 1782, Petitioners request that this Court enter an Order:

1. Granting the Petition for discovery as to A&M Respondents and Elliott Respondents pursuant to Section 1782;
2. Authorizing Petitioners to take discovery relating to the issues identified in its application from A&M Respondents and Elliott Respondents, in accordance with the Federal Rules of Civil Procedure and the Rules of this Court, including by serving on A&M Respondents and Elliott Respondents subpoenas for deposition testimony and the production of the documents listed in Exhibits 1 through 7 to the Declaration of Alexander D. Pencu;

3. Directing A&M Respondents and Elliott Respondents to comply with the subpoenas in accordance with the Federal Rules of Civil Procedure and the Rules of this Court;
4. Appointing the undersigned to issue, sign and serve the subpoenas;
5. Providing that this Court shall retain such jurisdiction as is necessary to effectuate the terms of such subpoenas;
6. And providing such other and further relief to the Petitioners as the Court deems just and proper.

Dated: New York, New York
July 15, 2022

MEISTER SEELIG & FEIN LLP

/s/ Alexander D. Pencu

Alexander D. Pencu
Austin D. Kim
125 Park Avenue, 7th Floor
New York, New York 10017
Telephone: (212) 655-3500
Facsimile: (212) 655-3535
adp@msf-law.com
adk@msf-law.com

*Attorneys for Petitioners Banoka S.à.r.l., ATYS S.A., Renato Picciotto, Jacques Champy, and Jean Bissonnet*