```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/10/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BANOKA S.a.r.l, et al<br><br>                Petitioners,<br><br>    -against-<br><br>Alvarez & Marshal, Inc. et al,<br><br>                Respondents. | **ORDER**<br><br>22-MC-00182 (GHW)(KHP) |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE:**

On July 15, 2022, Petitioners attempted to file a memorandum of law in support of the Motion for Discovery as well as attorney declarations, but due to filing errors, these items were not filed. Petitioners are directed to file the memorandum of law along with any attorney declarations by **Wednesday, August 17, 2022.**

Petitioners are also directed to serve the Motion for Discovery upon Respondents by **Wednesday, August 17, 2022**, and shall file proof of service on ECF.

Respondents shall file their appearances by **Wednesday, August 24, 2022**, and shall file any opposition to the Motion for Discovery by **Wednesday, September 14, 2022.**

**SO ORDERED.**

Dated: August 10, 2022
           New York, New York

                                                              _____
                                                                KATHARINE H. PARKER
                                                             United States Magistrate Judge