```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/02/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BANOKA S.a.r.l, et al

                    Petitioners,

-against-

Alvarez & Marshal, Inc. et al,

                    Respondents.

**ORDER SCHEDULING ORAL ARGUMENT**

22-MC-00182 (GHW)(KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE:**

An Oral Argument in this matter is hereby scheduled for **Monday, November 21, 2022 at 2:00 p.m.** in Courtroom 17D, 500 Pearl Street, New York, New York.

    SO ORDERED.

Dated:   November 2, 2022
             New York, New York

                                                        KATHARINE H. PARKER
                                                      United States Magistrate Judge