

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/2022

**MEMO ENDORSED**

Alexander D. Pencu
*Partner*
Direct (212) 655-3581
Fax (212) 655-3535
adp@msf-law.com

November 16, 2022

**By ECF**

> **APPLICATION GRANTED:** The Oral Argument in this matter scheduled for Monday, November 21, 2022 at 2:00 p.m. in Courtroom 17D, 500 Pearl Street, New York, New York is hereby rescheduled to <u>Tuesday, January 17, 2023 at 2:15 p.m.</u>
>
> APPLICATION GRANTED
> *Katharine H. Parker*
> Hon. Katharine H. Parker, U.S.M.J.
> 11/17/2022

The Honorable Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Courtroom 17D
New York, NY 10007

  Re: *BANOKA S.a.r.l., et al v. Alvarez & Marsal, Inc. et al*, No. 22-MC-00182 (GHW)(KHP)

Dear Judge Parker:

  Our office represents the Petitioners in the above referenced proceeding commenced pursuant to 28 U.S.C. §1782 ("Section 1782"). We write pursuant to Rule I(c) of Your Honor's Individual Practices in Civil Cases to seek an adjournment of the oral argument on Petitioners' Section 1782 petition currently scheduled for November 21, 2022. (ECF 43).

  Counsel for Petitioners has conferred with counsel for Elliott Respondents and Alvarez & Marsal Respondents. Respondents consent to Petitioners' adjournment request. Petitioners have not made any prior adjournment request in this proceeding, and this is the second adjournment request filed in this proceeding.

  For the Court's convenience, below is a list of dates the parties are available for a rescheduled oral argument:

  December (2022) 19-20

  January (2023) 3-5, 17, and 19-20

  February (2023) 1-3, 6-10, 13-15, 17 and 27

  We appreciate the Court's time and consideration of this request.

Very truly yours,

/s/ Alexander D. Pencu

Alexander D. Pencu

*Counsel for the Petitioners*
cc: All counsel of record via ECF

125 Park Avenue, 7th Floor, New York, NY 10017 | Phone (212) 655-3500 | Fax (212) 655-3535 | meisterseelig.com