# MEMORANDUM ENDORSED



**JAMES E. TYSSE**
+1 202.887.4571/fax: +1 202.887.4288
jtysse@akingump.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/27/2024
```

March 27, 2024

VIA ELECTRONIC COURT FILING

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 12C
New York, NY 10007

Re:   *BANOKA S.a.r.l., et al v. Alvarez & Marsal, Inc. et al*, No. 22-MC-00182 (GHW)(KHP)

Dear Judge Woods:

   I write on behalf of Respondents Elliott Management Corporation, Elliott Associates, L.P., Elliott International, L.P., and Elliott Investment Management, L.P. (collectively, the "Elliott Respondents") in the above-captioned matter to request a brief continuance of the telephonic conference that is currently scheduled for April 5, 2024 at 3 p.m. ET.  I am attending a funeral on April 5 that will require me to out of the office and traveling during the time of the scheduled hearing.

   Counsel for the A&M Respondents and counsel for Petitioners consent to this request. Subject to the Court's availability, we propose moving the conference to April 9 or 10, dates on which all parties are generally available.  This is the Elliott Respondents' first request for a continuance of the telephonic conference scheduled for April 5, 2024.

   We appreciate the Court's consideration.

Sincerely,

*/s/ James E. Tysse*
James E. Tysse

cc:   Counsel for Petitioners
      Counsel for A&M Respondents

Application granted.  The conference scheduled for April 5, 2024 is adjourned to April 10, 2024 at 3:00 p.m.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 62.
SO ORDERED.

Dated: March 27, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge

Robert S. Strauss Tower | 2001 K Street, N.W. | Washington, DC 20006-1037 | 202.887.4000 | fax 202.887.4288 | akingump.com