**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re the Petition of<br><br>BANOKA S.à.r.l., ATYS S.A., RENATO PICCIOTTO, JACQUES CHAMPY, and JEAN BISSONNET,<br><br>Applicants-Appellants,<br><br>v.<br><br>ALVAREZ & MARSAL, INC., ALVAREZ & MARSAL TRANSACTION ADVISORY GROUP, LLC, ALVAREZ & MARSAL HOLDINGS, LLC, ELLIOTT MANAGEMENT CORPORATION, ELLIOTT ASSOCIATES, L.P., ELLIOTT INVESTMENT MANAGEMENT, L.P., ELLIOTT INTERNATIONAL, L.P.,<br><br>Respondents-Appellees. | No. 22-mc-00182 (GHW) (KHP) |

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Applicants Banoka S.à.r.l., ATYS S.A., Renato Picciotto, Jacques Champy and Jean Bissonnet ("Applicants-Appellants"), by their undersigned counsel, hereby appeal to the United States Court of Appeals for the Second Circuit from the United States District Court for the Southern District of New York's Order by the Honorable Gregory H. Woods, dated April 16, 2024 (the "Order"), which granted in part and denied in part Applicants-Appellants' petition to obtain discovery from Respondents-Appellees in the Southern District of New York pursuant to 28 U.S.C. §1782 for the reasons stated on the record during the conference held on April 11, 2024. *See* ECF 66, ECF 70.

Dated: May 13, 2024
New York, New York

*/s/ Alexander D. Pencu*

ALEXANDER D. PENCU
**MEISTER SEELIG & FEIN PLLC**
125 Park Avenue, 7th Floor
New York, New York 10017
Telephone: (212) 655-3500
Email: adp@msf-law.com
adk@msf-law.com

*Attorneys for Applicants-Appellants*